UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MSOF CORPORATION, ET AL.                    CIVIL ACTION

VERSUS                                       NUMBER 94-990-B

EXXON CORPORATION, ET AL.

CONSOLIDATED WITH

MSOF CORPORATION, ET AL.                    CIVIL ACTION

VERSUS                                       NUMBER 94-991-B

EXXON CORPORATION, ET AL.


**J U D G M E N T**

For the written reasons assigned:

IT IS ORDERED AND ADJUDGED that judgment shall be entered in favor of the defendants and against the plaintiffs dismissing this suit with prejudice.

Baton Rouge, Louisiana, December _4_, 2000.


_____
FRANK J. POLOZOLA, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA

DKT. & ENTERED

DATE 12/5/00
NOTICE MAILED TO:

DATE_____BY

| INITIALS | DOCKET# |
|----------|---------|
| BP       | 18      |