UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA

2002 AUG -9 P 2:14

BY DEPUTY CLERK

MSOF CORPORATION, ET AL     CIVIL ACTION

VERSUS                      NUMBER 94-990-D-M2
                            NUMBER 94-991-D-M2

EXXON CORPORATION, ET AL

**ORDER**

In accordance with the mandate of the Fifth Circuit Court of Appeals, this case is remanded to the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana, August 8th, 2002.

UNITED STATES DISTRICT JUDGE

DKT. & ENTERED   JJB  NT
DATE 8/9/02      SE   case 9
NOTICE MAILED TO: CN
DATE_____ BY PS   JP

| INITIALS | DOCKET# |
|---|---|
| PS | 19 |